OPINION — AG — A CONTRACT FOR THE SALE OF REAL ESTATE WHEREIN TITLE IS RETAINED BY THE VENDOR IS SUBJECT TO BEING TAXED AS A MORTGAGE. THIS CONCLUSION IS IN HARMONY WITH AN AG OPINION ADDRESSED TO THE HON. JOHN PAUL WALTERS, COUNTY ATTORNEY, CHICKASHA, OKLAHOMA, DATED JULY 13, 1959. CITE: 68 O.S. 1961 1171 [68-1171], 68 O.S. 1961 1174 [68-1174], 68 O.S. 1961 1178 [68-1178] (JAMES FUNSON)